Matter of Hurst (Commissioner of Labor) (2024 NY Slip Op 04103)

Matter of Hurst (Commissioner of Labor)

2024 NY Slip Op 04103

Decided on August 1, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 1, 2024

CV-23-1048
[*1]In the Matter of the Claim of Dorothy Hurst, Appellant. Commissioner of Labor, Respondent.

Calendar Date:June 14, 2024

Before:Aarons, J.P., Lynch, Ceresia, McShan and Powers, JJ.

Kristal Heinz, Hudson, for appellant.
Letitia James, Attorney General, New York City (Linda D. Joseph of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 14, 2022, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.
Decision affirmed. No opinion.
Aarons, J.P., Lynch, Ceresia, McShan and Powers, JJ., concur.
ORDERED that the decision is affirmed, without costs.